[No. 69071-0-I.   Division One.   November 18, 2013.]

ONE DER WORKS II, LLC, *Respondent*, v. JAMES K. DUNCAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-14807-4, Carlos Velategui, J. Pro Tem., entered June 5, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Dwyer, JJ.

[No. 69114-7-I.   Division One.   November 18, 2013.]

*In the Matter of the Marriage of* JONA LUCILLE HENDRICKSON, *Respondent*, and KEVIN BRUCE HENDRICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-05247-0, William L. Downing, J., entered May 16, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Schindler, JJ.

[No. 69119-8-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANTRIE JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-08169-5, Harry J. McCarthy, J., entered July 25, 2012. *Remanded with instructions* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 69155-4-I.   Division One.   November 18, 2013.]

DEAN CURRY, *Appellant*, v. VIKING HOMES, INC., ET AL., *Respondents*.

VIKING HOMES, INC., ET AL., *Plaintiffs*, v. A&E INSULATION, INC., ET AL., *Defendants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-2-07715-9, Janice E. Ellis, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Lau, JJ.